PROB 12C
(6/16)

Report Date: July 13, 2018

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael R. Fitzpatrick        Case Number: 0980 2:11CR00070-RHW-1 &
                                                                   2:11CR00067-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 24, 2012

| | |
|---|---|
| Original Offense: (2:11CR00070-1) | Conspiracy to Distribute 500 Grams or More of Cocaine, 21 U.S.C. §§ 841(a)(1),(b)(1)(B)(vii)and 846 |
| Original Offense: (2:11CR00067-1) | Conspiracy to Manufacture 100 or More Marijuana Plants, 21 U.S.C. §§ 841(a)(1),(b)(1)(B)(vii)and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison -78 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | December 19, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 18, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On July 29, 2016, Mr. Fitzpatrick was informed of his conditions of supervised release in full. Mr. Fitzpatrick understood his conditions and was directed to follow them.

On July 2, 2018, Mr. Fitzpatrick was in direct violation of special condition number 17 by testing positive for cocaine.

Mr. Fitzpatrick reported to the United States Probation Office on July 2, 2018, and submitted a urine sample that tested presumptive positive for cocaine. At that time, he denied cocaine use.

Prob12C
**Re: Fitzpatrick, Michael R.**
**July 13, 2018**
**Page 2**

He was directed to report to the United States Probation Office on July 9, 2018, where he was given an opportunity to be honest with his cocaine use. Mr. Fitzpatrick continued to say that he was unsure if he used cocaine and did not want to sign an admission or denial form until the lab results came back and so he could talk to his attorney.

On July 11, 2018, the undersigned officer received a confirmation from Alere laboratory that Mr. Fitzpatrick did test positive for cocaine from the sample submitted on July 2, 2018.

On July 11, 2018, he was directed to report to the United States Probation Office and was given another opportunity to discuss the violation and sign an admission form. Mr. Fitzpatrick refused to sign the admission form stating, "I'm not signing any of your papers."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/13/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Robert H. Whaley_
Signature of Judicial Officer

July 20, 2018
Date